GARET VANDER MAY et al., &c., complainants-respondents,

*v.*

HERMAN SCHOONE-JONGEN et al., defendants-appellants.

[Decided September 19th, 1941.]

*Mr. David Kohn* and *Mr. Milton Goldfinger,* for the appellants.

*Messrs. Gilhooly & Yauch,* for the respondents.

PER CURIAM.

The order under review will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Kays.

*For affirmance*—PARKER, CASE, BODINE, HEHER, PERSKIE, PORTER, COLIE, WELLS, RAFFERTY, HAGUE, JJ.   10.

*For reversal*—THE CHIEF-JUSTICE, DONGES, DEAR, THOMPSON, JJ.   4.